AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Carlos Alberto Tellez<br>*Plaintiff*<br>v.<br>Spartanburg Regional, Southern Health Partners, and Cherokee County Detention Center<br>*Defendant* | )<br>)<br>)  Civil Action No.    4:18-cv-720-RBH<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court dismisses this action without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and Recommendation of The Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   April 24, 2018                                      *CLERK OF COURT*

                                                                                s/Debbie Stokes
                                                                    *Signature of Clerk or Deputy Clerk*